[No. 6489-1. Division One. May 14, 1979.]

O. J. JENKINS, ET AL, *Appellants,* v. ERNEST CHANDLER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 830148, Robert M. Elston, J., entered April 12, 1978. *Affirmed* by unpublished opinion per James, J., concurred in by Williams and Andersen, JJ.

[No. 6572-1. Division One. May 14, 1979.]

ROBERT D. KAPLAN, *on the Relation of Phil Louis Deiro, Appellant,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 817864, Nancy A. Holman, J., entered May 5, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, A.C.J., and Andersen, J.

[No. 2790-3. Division Three. May 15, 1979.]

DELORES WALTERS, ET AL, *Appellants,* v. LINCOLN COUNTY HOSPITAL DISTRICT No. 3, *Respondent.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 13968, Fred Van Sickle, J., entered March 14, 1978. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.